# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,         :     Case No. 3:11-cr-183

                                                    District Judge Timothy S. Black
- vs -                                         Magistrate Judge Michael R. Merz

PAUL DAVID MUSGRAVE,

        Defendant.        :

## RECOMMITTAL ORDER

This case is before the Court on the Government's Objections (ECF No. 283) to the Magistrate Judge's Report and Recommendations (ECF No. 282). Defendant and the Intervenor are entitled to respond to the Government's Objections, but have not yet done so.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 59(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

December 12, 2017.

                                                              s/ *Timothy S. Black*
                                                                 Timothy S. Black
                                                          United States District Judge