# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

          Plaintiff,    :    Case No. 3:11-cr-183

                                    District Judge Timothy S. Black
- vs -                              Magistrate Judge Michael R. Merz

PAUL DAVID MUSGRAVE,

          Defendant.    :

---

## ORDER SETTING RESPONSE DEADLINE

This criminal case is before the Court on Objections by the United States (ECF No. 283) to the Report and Recommendations on Restitution ("Report," ECF No. 282). In his Order recommitting the matter to the Magistrate Judge for reconsideration, District Judge Black recognized the right of both Defendant and the Intervenor to respond to those Objections, but did not set a deadline (ECF No. 284, PageID 6443). The Magistrate Judge had anticipated that any response would be filed within fourteen days, which is the deadline set by rule in civil matters. Fed. R. Civ. P. 72(b). Fed. R. Crim. P. 59(b) does not, however, set a deadline by rule.

It is accordingly ORDERED that any response by Intervenor or Defendant be filed not later than January 4, 2018.

December 28, 2017.

                                                s/ *Michael R. Merz*
                                            United States Magistrate Judge'