# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

                Plaintiff,    :    Case No. 3:11-cr-183

                                  District Judge Timothy S. Black
-   vs  -                            Magistrate Judge Michael R. Merz

PAUL DAVID MUSGRAVE,

                Defendant.    :

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 288), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, the restitution order in this case is modified to require that David Musgrave pay $2,000 per month toward restitution. It is further ORDERED that the supersedeas bond be dissolved and the cash posted by Barbara Musgrave be returned to her.

April 26, 2018

                                                        Timothy S. Black
                                                      United States District Judge